IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF TWENTY ONE THOUSAND EIGHT HUNDRED FORTY EIGHT DOLLARS AND THIRTY FIVE CENTS ($21,848.35) IN U.S. CURRENCY,<br>Defendant | C.A. No.<br>CA 06 287ML |

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. § 881(a)(6), and 18 U.S.C. § 983.

2. That on or about November 3, 2005, the defendant currency, one lot of twenty one thousand eight hundred forty eight dollars and thirty five cents ($21,848.35) in U.S. currency, was seized by members of the Johnston, Rhode Island Police Department along with agents of the Office of Criminal Investigation of the Food and Drug Administration (FDA) pursuant to the execution of a State of Rhode Island search warrant at 39 Boundary Avenue, Johnston, Rhode Island, the residence of Frank and Janis Ciaramello. (see affidavit of FDA Task Force Agent Alan J. Ross attached hereto and made a part hereof).

3. That on or before November 3, 2005, the defendant currency was used to facilitate the illegal possession and distribution of oxycodone and heroin by Frank and Janis Ciaramello and was intended to be furnished in exchange for oxycodone and heroin in violation of 21 U.S.C. § 841 et. seq., to wit: Agents/Detectives located the following U.S. currency and controlled substances at various locations in the master bedroom of the residence: $150.00 in a plastic folder in the purse of Janis Ciaramello along with a pill vial containing two (2) Oxycontin pills and a clear plastic bag containing a baby pacifier and a single Oxycontin pill and a ledger; $257.00 in a large wooden box which also contained empty pill vials and drug ledgers which identified currency amounts, names, and telephone numbers of customers; $95.00, $683.35, $255.00 in separate envelopes in the top dresser drawer along with a pill vial containing four (4) glassine bags each containing heroin and empty pill vials; and $20,408.00 hidden in separate envelopes inside a nylon case along with pill vials with the labels removed or bearing the name Janis Ciaramello in the master bedroom closet. Marijuana and pill vials were also seized from a dresser drawer in the front bedroom. (see affidavit of FDA Task Force Agent Alan J. Ross attached hereto and made a part hereof).

4. That the defendant currency constitutes monies furnished or intended to be furnished in exchange for controlled substances

and the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).

5. That by reason of the foregoing, the defendant currency is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

6. That Frank and Janis Ciaramello, Frank Ciaramello, Jr., Robert Ciaramello, Candace Cirello, and Kristian Ramaglia have sent a claim of ownership to the Drug Enforcement Administration causing the United States Attorney to bring this action pursuant to 18 U.S.C. § 983(a)(3).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed, that the defendant be condemned as forfeited to the United States of America and thereafter be disposed of according to law; and for all costs incurred as well as such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed to before me this 16th day of June, 2006.

Notary Public

My commission expires 8/27/09.