USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. NO. 06-287ML |
| DEFENDANT<br>One lot of $21,848.35 in U.S. Currency | TYPE OF PROCESS<br>Summons and Complaint packet |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Candace Cirello
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
39 Boundary Avenue, Johnston, RI 02919

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

RECEIVED
2006 JUN 21 A 11: 34
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 401/709-5000 | 6/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 70 | No. 70 | [signature] | 6/21/06 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)*<br>CANDACE CIRELLO / FRANK CIARAMELLO | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)*<br>39 BOUNDRY AVE<br>JOHNSTON. R.I | Date: 6/27/06 Time: 8:00 ☒ am ☐ pm<br>Signature of U.S. Marshal or Deputy: C.A Moore |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
(1.2 HRS) (1 DEPUTY) 10 MILES SERVED C.MOORE 6/27/06

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

United States of America,
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

One lot of twenty-one thousand eight hundred forty-eight dollars and thirty-five cents ($21,848.35) in U.S. Currency,
Defendant

CASE NUMBER: C.A. NO.

CA 06 287 ML

TO: (Name and address of Defendant)

Candace Cirello
39 Boundary Avenue
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

~~an answer to the complaint which is served on you with this summons, within days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.~~

A claim within thirty (30) days after service of this summons upon you, exclusive of the day of service, and an answer to the complaint within twenty (20) days after the filing of your claim.

CLERK

DATE 6/16/06

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 6/27/06 |
|---|---|
| NAME OF SERVER *(PRINT)* CLIFTON A MOORE SR | TITLE CI-DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: FRANK CIARAMELLO SR

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/06
Date

C.A Moore
*Signature of Server*

2 EXCHANGE TERRACE, PROV. R.I.
*Address of Server*

Frank Ciaramello

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.