IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No.06-287ML |
| ONE LOT OF TWENTY ONE THOUSAND EIGHT HUNDRED FORTY EIGHT DOLLARS AND THIRTY FIVE CENTS ($21,848.35) IN U.S. CURRENCY, Defendant | ) | |

AFFIDAVIT

I, Michael P. Iannotti, being duly sworn, depose and say:

1. That I am an Assistant U.S. Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on June 16, 2006 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant currency.

3. That copies of the Summons, Complaint and Warrant of Arrest *In Rem* were served upon Frank B. Ciaramello on June 27, 2006. (See attached Marshal's form 285).

4. That Frank B. Ciaramello has failed to file a claim within the 30 days permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. That the Defense Manpower Data Center has verified that Frank B. Ciaramello is not serving in the military. (See attached).

6. That due to the foregoing, the affiant knows of no reason why the default of Frank B. Ciaramello to the defendant currency should not be entered at this time.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed and sworn to
before me this 2nd day
of August, 2006.

Notary Public

My commission expires August 27, 2009.

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. NO. 06-287ML |
| DEFENDANT<br>One lot of $21,848.35 in U.S. Currency | TYPE OF PROCESS<br>Summons and Complaint packet |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frank Ciaramello
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
39 Boundary Avenue, Johnston, RI 02919

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 6
Check for service on U.S.A.

RECEIVED
2006 JUN 21 A 11: 3
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 6/21/06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 70 | No. 70 | [signature] | 6/21/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
FRANK CIARAMELLO

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
39 BOUNDRY AVE
JOHNSTON. R.I

Date: 6/27/06 Time: 8:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: C. Amore

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
1.2 HRS) (1 DEPUTY) 10 MILES SERVED C.MOORE 6/27/06

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

United States of America,
Plaintiff

V.

One lot of twenty-one thousand eight hundred forty-eight dollars and thirty-five cents ($21,848.35) in U.S. Currency,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. NO.

CA 06 287ML

TO: (Name and address of Defendant)

Frank Ciaramello
39 Boundary Avenue
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

~~[illegible] days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.~~

A claim within thirty (30) days after service of this summons upon you, exclusive of the day of service, and an answer to the complaint within twenty (20) days after the filing of your claim.

CLERK

6/16/06
DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/27/06 |
|---|---|
| NAME OF SERVER *(PRINT)* CLIFTON A MOORE JR | TITLE CI-DOSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 39 BOUNDRY AVE JOHNSTON, R.I

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/06 — *Date* — C. A Moore Jr — *Signature of Server*

2 EXCHANGE TERRACE, PROV. R.I

*Address of Server*

+ Frank Ciaranello

6/27/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Department of Defense Manpower Data Center AUG-02-2006 08:03:57

Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| CIARAMELLO | Frank B | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:**PJXANVMOHM***