IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 06-287ML |
| ONE LOT OF TWENTY ONE THOUSAND EIGHT HUNDRED FORTY EIGHT DOLLARS AND THIRTY FIVE CENTS ($21,848.35) IN U.S. CURRENCY, Defendant | ) | |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Frank Ciaramello, Jr. for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DEFAULT HEREBY ENTERED.
[signature]
DEPUTY CLERK
8.3.06

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed the within Request for Entry of Default and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On the same date, I caused a copy of the foregoing Request for Entry of Default and supporting affidavit to be forwarded, by regular mail, to:

Elisha L. Morris, Esq.
Larochelle and MacDonald
One Turks Head Place, Suite 1440
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney