IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF TWENTY ONE THOUSAND EIGHT HUNDRED FORTY EIGHT DOLLARS AND THIRTY FIVE CENTS ($21,848.35) IN U.S. CURRENCY,<br>Defendant | ) | C.A. No. 06-287ML |

REQUEST FOR ENTRY OF ORDER
OF JUDGMENT AND DECREE OF FORFEITURE

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I electronically filed the within Request for Entry of Order of Judgment and Decree of Forfeiture and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On the same date, I caused a copy of the foregoing Request for Entry of Order of Judgment, supporting affidavit, and proposed order to be forwarded, by regular mail, to:

Elisha L. Morris, Esq.
Larochelle and MacDonald
One Turks Head Place, Suite 1440
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney