RECEIVED

AUG 21 2006

Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.

ONE LOT OF TWENTY ONE THOUSAND EIGHT HUNDRED FORTY EIGHT DOLLARS AND THIRTY FIVE CENTS ($21,848.35) IN U.S. CURRENCY,
Defendant

C.A. No. 06-287ML

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The defaults of Frank B. Ciaramello, Frank Ciaramello, Jr., Janis L. Ciaramello, Robert Ciaramello, Kristian Ramaglia, and Candace Cirello having been entered; and it appearing that no other claim to the defendant currency has been filed since said currency was seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

That the defendant currency, one lot of twenty one thousand eight hundred forty eight dollars and thirty five cents ($21,848.35) in U.S. currency, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said currency according to law.

BY ORDER:

Barbara Barletta

ENTER:

Mary M. Lisi 9/12/06

MARY M. LISI
United States District Judge